■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHNNY AYALA, Also Known as JOHN DIAZ, Appellant. [771 NYS2d 685]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered April 26, 2000, convicting him of murder in the second degree (two counts) and arson in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

The defendant's contention that allegedly improper remarks made by the prosecutor during summation require reversal is unpersuasive. The defendant's contention with respect to a majority of the remarks is not preserved for appellate review as the defendant either failed to object to the prosecutor's comments, made only a general objection, or failed to request curative instructions (*see* CPL 470.05 [2]; *People v Antonio,* 255 AD2d 449 [1998]). In any event, the challenged comments do not require reversal.

The defendant's remaining contentions either are unpreserved for appellate review or without merit. Altman, J.P., Krausman, Crane and Cozier, JJ., concur.